ERNEST V. HARRIS, Chapter 7 Trustee
P.O. BOX 1586, 1045 SOUTH MILLEDGE AVENUE
ATHENS, GA 30603
(706) 613-1953, eharris@harrisliken.com

## IN THE UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF GEORGIA

| In re: | Case No. 08-30625 |
|---|---|
| George F. Chandler, III, | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $5,324.61. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 37 | Greystone Cottage Investments, LLC<br>c/o Will Gramling<br>P.O. Box 389<br>Gramling, SC 29348 | 1,286,515.18 | 2,516.52 |
| 34 | Bluegrass Townhome Investment, LLC<br>c/o Will Gramling<br>P.O. Box 389<br>Gramling, SC 29348 | 1,235,576.48 | 2,416.88 |
| 10 | Harcrest Homes, LLC<br>c/o Frank Brown, Jr., Esq.<br>3500 Lenox Road, 4th Floor<br>Atlanta, Georgia 30326 | 200,000.00 | 391.21 |

Total Unclaimed Dividends: $5,324.61

I certify that I have this date served a true and correct copy of this NOTICE OF UNCLAIMED DIVIDENDS to the above claimants thereby notifying them that the dividends originally owed to them and mailed to them July 16, 2015 are now submitted to the Court's registry.

Dated: December 8, 2015

ERNEST V. HARRIS, Trustee